IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANIEL C. CALLAHAN, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 118-108 |
| OFFICER MARTIN and GREGORY C. DOZIER, Commissioner, GA Dept. of Corrections, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Commissioner Dozier for failure to state a claim, and **DISMISSES** Commissioner Dozier from this case.

SO ORDERED this 5th day of September, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA