IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| DANIEL C. CALLAHAN, SR., | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 118-108 |
| OFFICER YOLANDA MARTIN; WARDEN PHILBIN; FNU SHELTON, Deputy Warden of Care and Treatment; FNU MCDOWELL, Unit Manager; SHIFT SUPERVISOR; FNU TAYLOR, Doctor; and JOHN/JANE DOE, Safety Inspector, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Deputy Warden Shelton, the shift supervisor, Dr. Taylor, and the safety inspector for failure to state a claim, and **DISMISSES** Deputy Warden Shelton, the shift supervisor, Dr. Taylor, and the safety inspector from this case.

Officer Martin shall have fourteen days following entry of this Order within which to answer, move, or otherwise plead to Plaintiff's amended complaint. After the filing of the first answer of a Defendant, the Court will enter a revised scheduling notice setting new case

deadlines.

SO ORDERED this 6th day of February, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA