# United States District Court
## Southern District of Georgia

DANIEL C. CALLAHAN, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-108

OFFICER YOLANDA MARTIN; WARDEN PHILBIN; and BETTY MCDOWELL, Unit Manager,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 19, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court and Defendants' motion for summary judgment is GRANTED. Judgment is entered in favor of Defendants OFFICER YOLANDA MARTIN, WARDEN PHILBIN, and BETTY MCDOWELL, and this civil action stands CLOSED.

03/19/2020
Date



Scott L. Poff
Clerk

*Tara H. Burton*
(By) Deputy Clerk